```
                                        FILED
                                      SEP 27 2006
                                   CLERK, U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF CALIFORNIA
                                          DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JAROSLAW KAPUSCINSKI,

        Plaintiff,

v.

MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO T. GONZALEZ, Director, Citizenship and Immigration Services; DAVID STILL, District Director, San Francisco District, Citizenship and Immigration Services; SUSAN M. CURDA, Officer-in-Charge, Sacramento Sub-Office, Citizenship and Immigration Services; CHRISTINA POULOS, Acting Director, California Service Center, Citizenship and Immigration Services; ALBERTO GONZALES, Attorney General of the United States; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; CONDOLEEZZA RICE, Secretary of State,

        Defendants.

NO. CIV. S-06-2105 FCD KJM

<u>TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION</u>

----oo0oo----

Dockets.Justia.com

```
 1
 2        TO DEFENDANTS MICHAEL CHERTOFF, EMILIO T. GONZALEZ, DAVID
 3   STILL, SUSAN M. CURDA, CHRISTINA POULOS, ALBERTO GONZALES, ROBERT
 4   S. MUELLER, III, CONDOLEEZZA RICE:
 5        YOU AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE at
 6   10:00 A.M. on Friday, October 6, 2006, or as soon thereafter as
 7   counsel may be heard in the courtroom of the Honorable Frank C.
 8   Damrell, Jr., located at 501 I Street, Courtroom 2, Sacramento,
 9   CA, 95814, why you, your agents, servants, employees and
10   attorneys and those in active concert or participation with you
11   or them, should not be mandated and ordered pending trial of this
12   action to take all steps necessary and issue all appropriate
13   documents to complete adjudication of plaintiff Jaroslaw
14   Kapuscinski's application to become a lawful permanent resident
15   of the United States by September 30, 2006, including the
16   following steps:
17        (1)  complete the FBI name check and any other security or
18             background clearance required;
19        (2)  adjudicate Plaintiff's application for waiver of the
20             two-year foreign residency requirement;
21        (3)  reserve a visa for Plaintiff; and
22        (4)  adjudicate Plaintiff's application for adjustment of
23             status.
24        PENDING HEARING on the above Order to Show Cause, you, your
25   agents, servants, employees and attorneys and all those active in
26   concert or participation with you ARE HEREBY MANDATED AND ORDERED
27   to take all steps necessary and issue all appropriate documents
28   to complete adjudication of Plaintiff Jaroslaw Kapuscinski's
```

1 | application to become a lawful permanent resident of the United
2 | States by September 30, 2006, including the following steps:
3 |     (1)   complete the FBI name check and any other security or
4 |            background clearance required;
5 |     (2)   adjudicate Plaintiff's application for waiver of the
6 |            two-year foreign residency requirement;
7 |     (3)   reserve a visa for Plaintiff; and
8 |     (4)   adjudicate Plaintiff's application for adjustment of
9 |            status.
10 |     The above Temporary Restraining Order is effective on
11 | Plaintiff's filing of an undertaking in the sum of $ _____ .
12 |     This Order to Show Cause and supporting papers must be
13 | served on Defendants' counsel no later than four (4) court days
14 | before the hearing. Any response or opposition to this Order to
15 | Show Cause must be filed and personally served on Plaintiff's
16 | counsel no later than two (2) court days before the date set for
17 | hearing.
18 |     This Temporary Restraining Order and Order to Show Cause was
19 | issued on Wednesday, September 27, 2006 at _4:15_ P.M.
20 |     IT IS SO ORDERED.
21 | DATED: September _27_, 2005
22 |
23 |                                        FRANK C. DAMRELL, Jr.
                                       UNITED STATES DISTRICT JUDGE