MICHAEL J. VARTAIN [SBN 92366]
KATHRYN J. BURKE [SBN 70324]
**VARTAIN LAW GROUP**
601 Montgomery Street, Suite 540
San Francisco, CA 94111-2608
Telephone:  [415] 391-1155
Facsimile:   [415] 391-1177

Attorneys for Plaintiff
JAROSLAW KAPUSCINSKI

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

| | |
|---|---|
| JAROSLAW KAPUSCINSKI | Case No.: **2:06-CV-02105-FCD-KJM** |
| Plaintiff, | |
| vs. | **ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO T. GONZALEZ, Director, Citizenship and Immigration Services; DAVID STILL, District Director, San Francisco District, Citizenship and Immigration Services; SUSAN M. CURDA, Officer-in-Charge, Sacramento Sub-Office, Citizenship and Immigration Services; CHRISTINA POULOS, Acting Director, California Service Center, Citizenship and Immigration Services; ALBERTO GONZALES, Attorney General of the United States; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; CONDOLEEZZA RICE, Secretary of State, | |
| | Hearing Date: October 6, 2006 |
| | Time: 10:00 a.m. |
| | Hearing Date Requested: October 16, 2006 |
| | Time Requested: 9:00 a.m. |
| | Courtroom: 2 |
| | Judge: Hon. Frank C. Damrell, Jr. |
| | Trial Date: Not Yet Assigned. |
| | Complaint Filed: September 22, 2006 |
| Defendants | Complaint Served: September 25, 2006 |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

  IT IS HEREBY ORDERED that, pursuant to the written stipulation of all parties filed October 5, 2006, the hearing on the Order to Show Cause Re: Preliminary Injunction, issued by this Court on September 27, 2006, is continued from Friday, October 6, 2006 at 10:00 a.m. to

**KAPUSCINSKI v. CHERTOFF, ET AL. [USDC # 2:06-CV-02105-FCD-KJM] - ORDER EXTENDING TRO CONTINUING HEARING ON OSC RE: PRELIMINARY INJUNCTION**

G:\DOCS\FCD\orders to be signed\KAPUSCINSKI-USA order Extending TRO.doc    -1-

Monday, October 16, 2006 at 2 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Frank C. Damrell, Jr., located at 501 I Street, Courtroom 2, Sacramento, CA  95814. It is further ordered that, pursuant to the parties' written stipulation, the Temporary Restraining Order issued by this Court on September 27, 2006, shall remain in effect pending the hearing on the Order to Show Cause.

DATED:   October 6, 2006

                                             /s/ Frank C. Damrell Jr.
                                           FRANK C. DAMRELL, Jr.
                                           UNITED STATES DISTRICT JUDGE

**KAPUSCINSKI v. CHERTOFF, ET AL. [USDC # 2:06-CV-02105-FCD-KJM] - ORDER EXTENDING TRO CONTINUING HEARING ON OSC RE: PRELIMINARY INJUNCTION**

G:\DOCS\FCD\orders to be signed\KAPUSCINSKI-USA order Extending TRO.doc       -2-