MICHAEL J. VARTAIN [SBN 92366]
KATHRYN J. BURKE [SBN 70324]
**VARTAIN LAW GROUP**
601 Montgomery Street, Suite 540
San Francisco, CA 94111-2608
Telephone:  [415] 391-1155
Facsimile:   [415] 391-1177

Attorneys for Plaintiff
JAROSLAW KAPUSCINSKI

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

| | |
|---|---|
| JAROSLAW KAPUSCINSKI | Case No.: **2:06-CV-02105-FCD-KJM** |
| Plaintiff, | |
| vs. | **ORDER DISMISSING COMPLAINT AND RETAINING JURISDICTION OVER REQUEST FOR ATTORNEYS' FEES AND COSTS** |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO T. GONZALEZ, Director, Citizenship and Immigration Services; DAVID STILL, District Director, San Francisco District, Citizenship and Immigration Services; SUSAN M. CURDA, Officer-in-Charge, Sacramento Sub-Office, Citizenship and Immigration Services; CHRISTINA POULOS, Acting Director, California Service Center, Citizenship and Immigration Services; ALBERTO GONZALES, Attorney General of the United States; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; CONDOLEEZZA RICE, Secretary of State, | Judge:              Hon. Frank C. Damrell, Jr. Trial Date:        Not Yet Assigned. Complaint Filed:   September 22, 2006 Complaint Served: September 25, 2006 |
| Defendants | |

KAPUSCINSKI v. CHERTOFF, ET AL. [USDC # 2:06-CV-02105-FCD-KJM] ORDER DISMISSING
COMPLAINT
G:\DOCS\FCD\orders to be signed\KAPUSCINSKI Order of Dismissal.doc

1    **TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

2           IT IS HEREBY ORDERED that, pursuant to the written stipulation of all parties filed

3    October 16, 2006 (document #22), the Complaint in this matter is dismissed. The Court retains

4    jurisdiction to hear and decide any motion by Plaintiff for attorneys' fees and costs.

5

6    DATED:   October 17, 2006

7                                             /s/ Frank C. Damrell Jr.

8                                             FRANK C. DAMRELL, Jr.
                                              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KAPUSCINSKI v. CHERTOFF, ET AL. [USDC # 2:06-CV-02105-FCD-KJM]– ORDER DISMISSING COMPLAINT**